408th District Court

# Case Summary

## Case No. 2022CI19253

| | | | |
|---|---|---|---|
| **Diana PEREZ VS W.G Wade Shows Inc** | § § § | Location: | **408th District Court** |
| | | Judicial Officer: | **408th, District Court** |
| | | Filed on: | **09/29/2022** |

### Case Information

|  |  |
|---|---|
| Case Type: | OTHER INJURY OR DAMAGE |
| Case Status: | **09/29/2022** Pending |

### Assignment Information

**Current Case Assignment**
Case Number   2022CI19253
Court         408th District Court
Date Assigned 09/29/2022
Judicial Officer 408th, District Court

### Party Information

**Defendant**   Inc, W.G Wade Shows

### Events and Orders of the Court

| | |
|---|---|
| 09/29/2022 | New Cases Filed (OCA) |
| 09/29/2022 | PETITION |
| 09/29/2022 | REQUEST FOR SERVICE AND PROCESS |
| 10/14/2022 | **Citation**<br>Inc, W.G Wade Shows<br>Served: 10/17/2022 |
| 10/24/2022 | RETURN OF SERVICE - SUCCESSFUL<br>  *W.G. WADE SHOWS INC* |