IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DIANA PEREZ ANF DF                      :
                                        :
v.                                      :          CIVIL ACTION NO. 5:22-CV-1249
                                        :          DEMAND FOR JURY TRIAL
W.G. WADE SHOWS, INC.                   :

## **INDEX OF EXHIBITS**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, W.G. Wade Shows, Inc., and in accordance with the Local

Rules for the United States District Court for the Western District of Texas governing removal of

civil actions, file its Index of Exhibits as follows:

1. Civil Cover Sheet;

2. Docket Sheet;

3. Plaintiff's Original Petition;

4. Defendant's Original Answer; and

5. Certificate of Interested Parties

Respectfully submitted,

**THORNTON, BIECHLIN,**
**REYNOLDS & GUERRA, L.C.**
100 N.E. Loop 410, Suite 500
San Antonio, TX  78216
Telephone:     (210) 342-5555
Facsimile:      (210) 525-0666
Email:            jfinley@thorntonfirm.com

1

BY _____
             Jeffrey K. Finley
             Federal ID No. 24062484
             State Bar No. 24062484
             **Attorney for Defendant**


## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been properly

delivered pursuant to the Federal Rules of Civil Procedure, on the 16th day of November, 2022,

to the following counsel of record:

    Law Offices of Thomas J. Henry
    Sam Bavafa
    5711 University Heights Blvd., Ste 101
    San Antonio, TX  78249


_____
             Jeffrey K. Finley